UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL GOVIA,

               Plaintiff,

      -against-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

               Defendant.

22 Civ. 6497 (PGG)

**ORDER GRANTING IFP APPLICATION**

PAUL G. GARDEPHE, U.S.D.J.:

      Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915.

Dated:  August 8, 2022
          New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge