UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL GOVIA,

                    Plaintiff,

- against -

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                    Defendant.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

22 Civ. 6497 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ Specific Non-Dispositive Motion/Dispute: _____ | ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ Habeas Corpus |
| | X Social Security |
| ☐ Settlement | ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ☐ Inquest After Default/ Damages Hearing | Particular Motion: _____ All such motions: _____ |

Dated: New York, New York
       August 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge