UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL GOVIA,<br><br>                                 Plaintiff,<br><br>                -against-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                                Defendant. | 1:22-cv-06497 (JLR) (OTW)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On September 19, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 15. The deadline for that filing has now passed and Plaintiff has failed to file such a letter. Accordingly, Plaintiff shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 19, 2022
       New York, New York

                                                        SO ORDERED.

                                                        *Jennifer Rochon*
                                                        JENNIFER L. ROCHON
                                                        United States District Judge