**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMMANUEL G.,

                Plaintiff,                22 **CIVIL** 6497 (GRJ)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 26, 2024, the Commissioner's decision is REVERSED, and this matter is REMANDED under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Decision and Order. Accordingly the case is closed.

**Dated:**  New York, New York
           January 26, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                   **BY:**
                                                          **Deputy Clerk**